CASE NO. 10-12-13632-CR
WR-23,263-04

William Walter JOBE

V.

K.S. GATOR DUNN
And
Mariane Glick

§
§
§
§
§
§

Court of Criminal
Appeals

Capitol Station
Austin

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

AFFIDAVIT OF COMPLAINT AGAINST K.S. GATOR
DUNN And MARIANE GLICK

LAWYER K.S. GATOR DUNN Filed A 11.07 Habeas CORPUS 7-21-2015. For The Reason To STOP William Walter JOBE BENCH WARRANT BACK TO MONTGOMERY COUNTY County Jail To Be Realeast From PRISON Because A Sheriff Called MY JUDGE HAMILTON IN The 359Th District Court. MY JUDGE And The Sheriff Talked About MY CASE NO. 10-12-13632-CR Looked UP MY "CRIMINAL HISTORY" MY Prior 1988 SAN-JACINTO COUNTY D.U.I. CASE NO. 88-253 And 1989 D.U.I. LiberTY County CLASS C misdemeanor's CHARGES Been Found Void AN Dismissed. UNTIL JUDGE HAMILTON AGREED I William JOBE Dose NOT HAVE A FELONY D.W.I. CHARGE. And SENT A BENCH WARRANT FOR ME.
K.S. GATOR DUNN ATTORNEY AT LAW Just Showed UP And Filed A 11.07 Habeas CORPUS 7-21-2015. THis ATTORNEY IS NOT MY ATTORNEY OR WAS, He ATTORNEY OF RECORD. Refused to be ATTORNEY of Record. uNTil

1.

I William JoBE WAS GoiNG To be REAleAST.

MONTGOMERY CouNTY oVeR STePed its bouwdARY bY ACCePTING LitiGAtioN From ANYowe who has claimed To RePReseNT William JoBE IN A CoueT PRoceding He is NOT ATTORNeY OF RELoRd, 7-21-2015.
THeN K.S. "GATOR" OuNN BROuGHT AITeRed CeRTified OriviNG RELoRd To The D.A. OFFice K.S. GATOR OuNN TElliNG D.A. To STOP JoBES BeNcH WARRANT. Filed 4oe 5 MoTiow's ANd WRiTs TElliNG The CoaRTs K.S. GATOR OuNN is NoT MY ATTORNeY ANd He WAS NOT ATTORNeY Of RecoRd NOT TO ACcePT 11.07 HAbeAs CoePus. uNtil 11.07 HAbeAs CoePus WAS STOPed.
THEN MY moTHee CAlled The CoueTS TEIliNG Them She HAS PoweR of ATTORNeY oVeeME. That K.S "GATOR" OuNN IS MY ATTORNey. MARíawe Glick Does NOT HAVe PoweR of ATTORNeY oVee ME AT All. I GAVe Hee A PoweR of ATTORNeY oVee 7 YeARS AGo. ANd PuT ON The PoweR of ATTORNeY WAS JusT To GET Title of 1 1953 CHeVY Pick uP Teuck. PoweR of ATTORNeY ARe oNlY Good FoR TwO YeARS. MY Mom does NoT HAVe The PoweR. To FoRse ME William JoBE To HAVe A ATTORNeY ThaT is FRAMiNG me ANd STOPs me FRom GETTiNG MY BeNcH WARRANT ANd PRoduces A Altered

Certified Driving Record, CERTified ABSTRACT Record 1-28-2013. They sent these same altered certified driving records to me.

PeNal Code 37.10 TAMPeRiNG With GoVeRMeNTAl Record (a) (1)

These Records D.P.S. CeRTified DriViNG Record They ADDed The 1988 SAN JACiNTo CouNTY D.U.I. CASe # 88-253 IT is CompleTely differeNT ThaN All The Rest.

All The CouRT HAS GoT To Do is look uP Public DRiViNG Record. The SAN JACiNTo CouNTY 1988 D.U.I. NeVeR eVeRY beeN ON MY CeRtified DRiViNG Record MY Hole life.

This LawYeR For 2½ YeaRs HAS SToPed eVeRY-MoTioN "PeTiTioN foR EXPuNchioN of Records. ON This 1988 SAN JaciNTo CouNTY D.W.I. I meaN CLAss C misdemeANOR That is iN The MaiN CHARGE CASE No. 10-12-13632-CR K.S. "GAToR" DuNN HAS beeN Well INFoemed. He HAS NeVee beeN MY ATToRNeY. AND IF He THouGHT He EVER WAS He K.S. GAToR DuNN BeeN Fired. MY MoThee AND GAToR DuNN HAVe SToPed EVeRY moTioN BeNCH WARRANT For oveR Two YeaRS oveR MY S.S.D.I. Social SeRCueTY INCome AND MY FiRST NATioNAl BANK Account. I will SeNd CoPY'S ThaT DocumeNT MY MoNeY ThaT GeTTiNG STolen. These ARe ReasoNS LAWYeR AND

3.

Mom MAiRANe Glick HAve worked so HARd To Force The MonTGomeRY CouNTY CoueTs To send 11.07 HAbeAs CoRPus To The CoueT of CRimiNAl APPeAl. AFTee I WRoT oveR 4oe 5 moTioNs TEllNG The CoueTs K.S. GAToR DuNN IS NOT MY ATToRNey AT All. oNly ReasoN He Filed This 11.07 HAbeAs CouePus WAS To BAR me FRom EveR BeiNG ABle To EveR File A 11.07 HAbeAs CoRPus, ANd To sToP MY BeNch WARRANT. I WoNT To File ChARGEs oN K.S. GAToR DuNN IF He ceaPs TEllNG CoueT DF CRimiNAl APPeals He is MY ATToRNey. K.S. GAToR DuNN IS NOT MY ATToRNey. INFoRM K.S. GAToR DuNN About THis AFFIDAvit of CompIAiNT AGAiNsT K.S. GAToR DuNN ANd mARiANe Glick Foe FoeciNG His self As MY ATToRNey ANd FoRciNG MoNTGomeRY CouNTY To seNd This 11.07 HAbeAs CoRPus I William WAiteR JoBE NeveR Hired GAToR DuNN NeveR Taiked oR APRoved Him To File ANY ThiNG AT All FoR me. I HAve 10 uNHeARd AFFIDAvits ANd moTioN's I Need A LAWyee FoR K.S. GAToR DuNN oNly PeePouse is To FRAm AN coNvicT me. K.S. GAToR DuNN IS NOT MY ATToRNey Do NOT ALLePT 11.07 HAbeAs CoRPus FRom Him.

*William Jobe* [signature]

UNSWORN DECLARATION

I William Walter JoBE # 1692994 being presently incarcerated in the Texas Department of Criminal Justic's Michael Unit, in Anderson County, Texas declare under Penalty of PeeJury that the foregoing is True, and correct.

Executed Sep. 29, 2015

Respectfully Submitted

William Walter JoBE
TOC# 1692994
Michael Unit
2664 FM 2054
TENNESSEE Colony TX 75886

5

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/14 | $439 | | | | | $250 | $439 | Credit Card | |

Additional Information: Charged Off Account

---

**SSA/Office of Financial Policy**    1155-10 JAMAICA AVENUE SSA OAS 11TH FLOOR JAMAICA NY 11432

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 4525724422006* | 01/01/2006 | $4,895 | | | | 10 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/2010 | $0 | | 01/2006 | | | | 01/2006 | | | | | | 12/2010 |

Status - Pays As Agreed; Type of Account - Open; Type of Loan - Govt Overpayment; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

---

**SSA/Office of Financial Policy**    1155-10 JAMAICA AVENUE SSA OAS 11TH FLOOR JAMAICA NY 11432

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 4525724422004* | 01/01/2006 | $1,737 | | | | 5 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/2006 | $0 | | 01/2006 | | | | 01/2006 | | | | | | 11/2006 |

Status - Pays As Agreed; Type of Account - Open; Type of Loan - Govt Overpayment; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

---

## Inquiries that do not display to companies (do not impact your credit score)

(This section includes inquiries which display only to you and are not considered when evaluating your credit worthiness. - examples of this inquiry type include a pre-approved offer of credit, insurance, or periodic account review by an existing creditor.)

### Company Information - Prefix Descriptions:

PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance. (PRM inquiries remain for 12 months)

PR - Inquires with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. (PR Inquires remain for 12 months)

AM or AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors. (AM and AR inquiries remain for 12 months)

Equifax or EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.

ND - Inquiries with this prefix are general inquiries that do not display to credit grantors. (ND inquiries remain for 24 months)

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. (ND MR inquiries remain for 24 months)

EMPL - Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months)

| Company Information | Inquiry Date(s) |
|---|---|
| Equifax PO Box 740250 Atlanta, GA 30374-0250 Phone: (800) 685-1111 | 03/18/2015 |
| PRM-Capital One Auto Finance 3901 Dallas Pkwy Plano, TX 75093-7864 Phone: (800) 477-6000 | 02/11/2015 |



**First Natl Bank of Killeen    PO Box 937 Killeen TX 76540-0937**

| Account Number | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 993* | | 11/01/2007 | $660 | | | 8 Months | Monthly | | 22 | Paid and Closed | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2009 | $0 | | 08/2008 | | $55 | | 08/2008 | | | | | | 08/2008 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Unsecured; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Unsecured;

**First Natl Bank of Killeen    PO Box 937 Killeen TX 76540-0937**

| Account Number | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 908* | | 06/01/2005 | $716 | | | 9 Months | Monthly | | 8 | Paid and Closed | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/2006 | $0 | | 03/2006 | | $75 | | 03/2006 | | | | | | 03/2006 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Unsecured; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

**First Premier    3820 N Louise Ave Sioux Falls SD 57107-0145 : (605) 357-3440**

| Account Number | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 517800606222* | | 08/27/2008 | | $250 | | | | | 72 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/2014 | $439 | $439 | | | | 10/2008 | | 12/2010 | $446 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Charged Off Account; Credit Card;

**Account History with Status Codes**
04/2012 10/2008
L 4

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/15 | No Data Available | | | | | | | | |
| 01/15 | No Data Available | | | | | | | | |
| 12/14 | No Data Available | | | | | | | | |
| 11/14 | No Data Available | | | | | | | | |
| 10/14 | No Data Available | | | | | | | | |
| 09/14 | No Data Available | | | | | | | | |

*I Have a Back Pay Check I Have not Picked up yet ——— Dec 2006 to Arest Par 9-2008 I maid Bond and aplied for this check. I was in Jail Did not Pick up The Back Pay check.*

```
***   REC 201113.  081719 HC6412E0 A5XM  CIPQYA3   TOA3   (F-A5X )  ***
```

SOCIAL SECURITY ADMINISTRATION

Date: May 14, 2011
Claim Number: 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C1

WILLIAM W JOBE
16308 HOLLY
PORTER TX 77365-3218

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Other Important Information

UPON YOUR RELEASE FROM PRISON YOU WILL BE RECEIVING ABOUT $1508 PER MONTH AS A DISABLED ADULT CHILD. NO BENEFITS CAN BE PAID FOR ANY MONTHS WHILE YOU ARE INCARCERATED.

There was no cost of living adjustment in Social Security benefits in December 2010. The benefit amount shown is current as of the date on this letter.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 866-613-3063. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
600 SGT ED HOLCOMB BLV
CONROE, TX 77304

If you do call or visit an office, please have this letter with you. It will help us answer your questions.